RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for German Alonso Del Real-Aguirre

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-mj-00654-BNW |
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY HEARING** |
| v. | (Fourth Request) |
| GERMAN ALONSO DEL REAL-AGUIRRE, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Edward G. Veronda, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for German Alonso Del Real-Aguirre, that the Preliminary Hearing currently scheduled on February 27, 2023, be vacated and continued to a date and time convenient to the Court, but after June 22, 2023.

This Stipulation is entered into for the following reasons:

1. The parties have entered into a fast track negotiation in this case. The case was assigned to a district judge under case number 2:23-CR-009-JAD-DJA. A hearing for arraignment, plea and sentencing is scheduled for June 22, 2023.

2. The parties request the preliminary hearing be continued to permit the plea and sentencing to occur.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the fourth request for a continuance of the preliminary hearing.

DATED this 17th day of February, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Navid Afshar<br>NAVID AFSHAR<br>Assistant Federal Public Defender | By /s/ Edward G. Veronda<br>EDWARD G. VERONDA<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-mj-00654-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| GERMAN ALONSO DEL REAL-AGUIRRE, | |
| Defendant. | |

Based on the stipulation and good cause appearing:

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for February 27, 2023 at 1:00 p.m., be vacated and continued to July 10, 2023 at 1:00 p.m.

DATED: February 22, 2023

_____
UNITED STATES MAGISTRATE JUDGE

3